IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTOINE LASTER | CRIMINAL ACTION<br><br>NO. 2:23-cr-00062 |

### ORDER

**AND NOW** this 11th of July, 2023, for reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. Defendant's First Motion of Discovery (ECF 14), Defendant's Motion for Disclosure of Exculpatory Evidence (ECF 15), and Defendant's Motion for Government's Agents to Retain Rough Notes (ECF 17) are **GRANTED**;

2. Defendant's Motion for Disclosure of Jencks and Brady/Giglio Material (ECF 16) is **DENIED** without prejudice to be renewed at the appropriate time according to law.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\23.cr.62 Order re Discovery Motions.docx